UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY BARTHE AS THE SUCCESSOR TO THE RIGHTS OF RUTH WELCKER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-182** |
| **MUTUAL OF OMAHA INSURANCE COMPANY** | **SECTION: "S" (2)** |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike Plaintiff's Witness and Exhibit List (Doc. #45) is **DENIED**.

**IT IS FURTHER ORDERED** that both plaintiff and defendant are granted leave to file their untimely witness and exhibit lists.

On September 8, 2017, a Scheduling Order was issued in this matter, which set April 2, 2018, as the deadline for the parties to complete discovery and to file into the record their witness and exhibit lists. Doc. #26. The Scheduling Order states that "[t]he Court will not permit any witness, expert or fact, to testify or any exhibit to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an Order to do so issued on motion for good cause shown." Id.

Defendant filed its witness and exhibit list on April 16, 2018. Plaintiff filed its witness and exhibit list on April 23, 2018. Both parties filed motions to strike the other party's witness and exhibit list as untimely filed. Plaintiff withdrew her motion to strike.

Plaintiff admits that her witness and exhibit list was untimely filed, but contends that the witnesses listed therein that were not also named in her Rule 26 disclosures should be permitted to testify because their testimony is important to plaintiff's case and defendant will not be prejudiced

by allowing their testimony. Plaintiff offers to permit defendant to depose any additional witnesses before trial and to move for an extension of the trial date if necessary.

Defendant denies that its witness and exhibit list was untimely filed. Defendant presents an email exchange between defendant's counsel and plaintiff's counsel in which they agreed to extend the deadline for filing witness and exhibit lists to April 16, 2018, and also to extend the expert report deadlines. Doc. #52-1. On April 3, 2018, plaintiff filed an unopposed motion to extend her expert report deadline to April 16, 2018, and defendant's expert report deadline to May 16, 2018. Doc. #40. The court granted the motion. Doc. #41. Neither the motion nor the order mention extending the deadline for the parties to file their witness and exhibit lists. See Docs. #40 & 41.

Rule 16(b)(4) of the Federal Rules of Civil Procedure provides that a scheduling order "may be modified only for good cause and with the judge's consent." This court has not consented to extending the parties' deadline to file their witness and exhibit lists. Thus, the parties' informal agreement to do so had no effect and both parties untimely filed their witness and exhibit lists. Trial in this matter is scheduled for June 18, 2018. The parties have time to conduct any additional depositions that are necessitated by the untimely filing of the witness and exhibit lists. Thus, this court will entertain a motion to extend the discovery deadline if the parties deem that additional depositions are necessary. Because both parties untimely filed their witness and exhibit lists, no justice would be served by striking the witness and exhibit lists, and there is no prejudice to either party, defendant's motion to strike is **DENIED** and both parties are granted leave to file their witness and exhibit lists.

New Orleans, Louisiana, this __10th__ day of May, 2018.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**