UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY BARTHE AS THE SUCCESSOR TO THE RIGHTS OF RUTH WELCKER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-182** |
| **MUTUAL OF OMAHA INSURANCE COMPANY** | **SECTION: "S" (2)** |

### ORDER AND REASONS

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike Plaintiff's Fourth Supplemental and Amended Complaint (Doc. #81) is **GRANTED**, as to striking any claims specifically dismissed by this court's June 11, 2018, Order and Reasons granting Defendant's Motion for Summary Judgment. The motion is otherwise **DENIED**.[1]

New Orleans, Louisiana, this __3rd__ day of July, 2018.

                                                              **MARY ANN VIAL LEMMON**
                                                              **UNITED STATES DISTRICT JUDGE**

---

[1] Because it was not directly addressed in the June 11, 2018, Order and Reasons, plaintiff may proceed with her claim that God's Angels Sitting Service's bills were covered by the Informal Caregiver Benefit.